**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Orange County Health Care Agency,** | CASE NO. SACV10-01689 AG (MLGx) |
| **Plaintiff** | |
| v. | Judgment |
| **Colleen Dodge and Wayne Miller for themselves and on behalf of their minor child, L.M,** | |
| **Defendant** | |
| **Colleen Dodge and Wayne Miller for themselves and on behalf of their minor child, L.M.,** | |
| **Counter Claimants** | |
| v. | |
| **Orange County Health Care Agency, Does 1-9** | |
| **Counter Defendant** | |

This case raised the question of whether the minor student, L.M., the daughter of Defendants/Counter Plaintiff's Colleen Dodge and Wayne

Miller, (together referred to as "the Family"), was provided a free and appropriate education under the Individuals with Disabilities Act ("IDEA"). Plaintiff/Counter Defendants, Orange County Health Care Agency ("OCHCA").  All parties appeared through counsel, as reflected by record as to the actions filed related to and underlying administrative hearing, OAH Case #2009110429.  The Parties submitted on the papers and the Court did not find it necessary to hold a hearing.  The Court issued an order on March 30, 2012, affirming the administrative law judge's decision in its entirety and awarding attorney fees to the Family in an amount totalling $57,819.85.

In accordance with the Court's March 30, 2012 Order, the Court hereby ENTERS JUDGMENT as follows:

1. The ALJ's decision is AFFIRMED in its entirety.
2. The Court GRANTS an award of attorney's fees to the Family in the amount of $30,819.85 for prevailing at the due process hearing.
3. The Court GRANTS an award of attorney fees in the amount of $27,000.00 to the Family for the current matter.
4. Thus the Court GRANTS a total award of attorney fees through September 12, 2011 of $57,819.85 to the Family.

1    The Court hereby orders the Orange County Health Care Agency to
2 issue payment of the award, $57,819.85 (fifty-seven thousand eight
3 hundred nineteen dollars and eighty-five cents) made payable to the "Law
4 Offices of Kathleen M. Loyer, Inc., CLIENT TRUST ACCOUNT", within 10
5 days of entry of this judgment.

6

7 It is so ordered.

8

9 Dated: April 18, 2012

10
11                              By:_____
                                    HON. ANDREW J. GUILFORD
12                                  UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20